# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LEVI ARTHUR FEDD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-69 |
| v. | * | |
| DR. JOHNSON, et al., | * | |
| Defendants. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 25. Plaintiff filed Objections to the Report and Recommendation and a "Declaration." Dkt. Nos. 26, 27.[1]

In his Objections, Plaintiff attempts to show he was in imminent danger of serious physical harm to allow him to proceed in forma pauperis in this action. Dkt. No. 27. However, Plaintiff's assertions in his Objections are not any clearer than those assertions he made in his Complaint. In addition, Plaintiff's assertions simply do not show he was in imminent danger of serious physical harm at the time he filed his

---

[1] These appear to be the same document but were docketed as separate entries upon the docket of this case.

Complaint, and thus, he cannot proceed with his claims until he pays the entirety of the applicable filing fee. Nothing in this Order-or in the Magistrate Judge's Report and Recommendation—serves to preclude Plaintiff from pursuing his claims. Instead, if Plaintiff wishes to pursue his claims, he must pay the requisite filing fee in its entirely based on 28 U.S.C. § 1915(g).

The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal. In addition, the Court **DENIES as moot** all other Motions and requests for relief. Dkt. Nos. 19, 20, 21, 23.

**SO ORDERED**, this ___6___ day of ___October___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2