AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 8:58 am, Oct 08, 2020

LEVI ARTHUR FEDD,

Plaintiff,

v.

DR. JOHNSON, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-069

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 6, 2020, Plaintiff's objections are overruled and the Report and Recommendations of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court dismisses without prejudice Plaintiff's complaint. Plaintiff is DENIED in forma pauperis status on appeal. This case stands closed.

Approved by: _____
Honorable Lisa Godbey Wood

Date: October 7, 2020

Clerk: John E. Triplett, Acting Clerk of Court

(By) Deputy Clerk

GAS Rev 10/1/03