# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LEVI ARTHUR FEDD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-69 |
| v. | * | |
| DR. JOHNSON, et al., | * | |
| Defendants. | * | |

### ORDER

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Proposed Findings of Fact dated May 4, 2021. Dkt. No. 38. In the Report, the Magistrate Judge made factual findings related to where Plaintiff sent his notice of appeal but did not make any legal conclusions or assessment as to the timeliness of Plaintiff's notice of appeal. Dkt. No. 37 at 1.

Plaintiff's Objections to the Report are unresponsive and without merit, as Plaintiff does not address the Magistrate Judge's factual findings. Dkt. No. 38 at 1-7. Instead, Plaintiff makes a series of disconnected arguments about issues not before the Magistrate Judge. For instance, Plaintiff argues for a directed verdict. <u>Id.</u> at 1. Similarly, Plaintiff argues

AO 72A
(Rev. 8/82)

about his right to engage "jailhouse lawyers" under the First Amendment—again, an issue not before the Court or addressed in the Report. Id. at 2-3. Finally, Defendant argues his notice of appeal should be deemed timely, but that issue is also not before the Court. Id. at 4-5. Instead, the Eleventh Circuit Court of Appeals only directed this Court to make factual findings about where the notice of appeal was sent and when. Dkt. No. 33 at 2. Thus, Plaintiff's Objections are **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Proposed Findings of Fact, **ADOPTS** the Report and Proposed Findings of Fact as the findings of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DIRECTS** the Clerk of Court to notify the Eleventh Circuit Court of Appeals of this Court's finding of facts.

SO ORDERED, this \_\_\_25\_\_\_ day of \_\_\_May\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2